UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60159-CIV-COHN/Snow

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

WAYNE ALEXANDER GOPIE, et al.,

      Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the defendant Deshawn Gopie's Motion to Dismiss Count 5 (DE 89) and Motion to Dismiss Count 5 for Lack of Jurisdiction (DE 100), which were referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation. The defendant seeks to dismiss Count 5 (using and carrying a firearm in during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924 (c)) on two grounds: (1) the statute violates the terms of the Second Amendment to the United States Constitution, guaranteeing the right of the people to keep and bear arms and (2) the statute exceeds Congress' authority under the Commerce Clause.

      The defendant concedes that the Eleventh Circuit has rejected these arguments in United States v. Wright, 117 F.3d 1265, 1273 (11th Cir. 1997)(Second Amendment) and United States v. Ferreira, 275 F.3d 1020, 1028 (11th Cir. 2001), and states that he

is raising the issues in order to preserve them.  Accordingly, it is

RECOMMENDED that the Motion to Dismiss Count 5 (DE 89) and Motion to Dismiss Count 5 for Lack of Jurisdiction (DE 100) be DENIED.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 26th day of September, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA David Haimes (MIA)
Howard Srebnick, Esq.
Scott Srebnick, Esq.
David Tucker, Esq.
Sidney Fleishman, Esq.
Jose Quinon, Esq.